# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY D. OQUIST,<br><br>               Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. SACV 15-00271-JEM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: September 25, 2015                */s/ John E. McDermott*
                                                                     JOHN E. MCDERMOTT
                                                       UNITED STATES MAGISTRATE JUDGE